# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 34

State of North Dakota,                                                    Plaintiff and Appellee

v.

Ronald Duane Brakke,                                                  Defendant and Appellant

No. 20180275

Appeal from the District Court of Griggs County, Southeast Judicial District, the Honorable James D. Hovey, Judge.

AFFIRMED.

Per Curiam.

Jayme Tenneson, Assistant State's Attorney, Lakota, ND, for plaintiff and appellee; submitted on brief.

Benjamin C. Pulkrabek, Mandan, ND, for defendant and appellant.

**Per Curiam.**

[¶1]    Ronald Brakke appealed from a criminal judgment entered after he was found guilty of driving with a suspended license.  Brakke argues he did not receive notice his license had been suspended.  We conclude there was sufficient evidence upon which the district court could find Brakke failed to rebut the presumption that the notice of suspension was delivered.  We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]    Gerald W. VandeWalle, C.J.
         Jon J. Jensen
         Lisa Fair McEvers
         Daniel J. Crothers
         Jerod E. Tufte